RITCHIE and another, Appellants, vs. INDUSTRIAL COM-
MISSION and another, Respondents.

For the appellants: *Riley & Ohm* of Madison.

For the respondent Industrial Commission: *John W. Rey-
nolds,* attorney general, and *Mortimer Levitan* and *Frank W.
Kuehl,* assistant attorneys general.

For the respondent Jones: *Kopp & Brunckhorst* of Platte-
ville.

*By the Court.*—Judgment affirmed.

WAGNITZ, Respondent, vs. WISCONSIN PUBLIC SERVICE
CORPORATION, Appellant.

For the appellant: *North, Parker, Bie & Welsh,* attorneys,
and *Samuel D. Hastings,* of counsel, all of Green Bay.

For the respondent: *John V. Diener* of Green Bay.

*By the Court.*—Judgment affirmed.

GOSLINOWSKI and wife, Respondents, vs. PAWLOWSKI,
*alias,* Appellant.

For the appellant: *Stover & Stover* of Milwaukee.

For the respondents: *Fawcett & Dutcher* of Milwaukee.

*By the Court.*—Judgment affirmed.